# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2001-D, ASSET-BACKED CERTIFICATES, SERIES 2001-D,

Appellant,

vs.

CENTRAL PARK ESTATES HOMEOWNERS ASSOCIATION; AND SATICOY BAY LLC SERIES 187 STATEN ISLAND,

Respondents.

No. 76434

**FILED**

SEP 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from findings of fact, conclusions of law and an order granting summary judgment. Eighth Judicial District Court, Clark County; Mark B. Bailus, Judge.

In response to this court's order to show cause entered on June 14, 2019, appellant concurs that the order appealed from does not adjudicate all the claims, rights and liabilities of all the parties to the action below. Appellant therefore consents to dismissal of this appeal. As this court lacks jurisdiction, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Mark B. Bailus, District Judge
   Michael H. Singer, Settlement Judge
   Christopher A. Swift
   Wright, Finlay & Zak, LLP/Las Vegas
   Law Offices of Michael F. Bohn, Ltd.
   Lipson Neilson P.C.
   Eighth District Court Clerk